**Kareemah BELL, Appellant**

v.

**GEORGETOWN UNIVERSITY HOSPITAL, Appellee.**

No. 08–7038.

United States Court of Appeals, District of Columbia Circuit.

May 12, 2008.

Kareemah Bell, Landover Hills, MD, pro se.

BEFORE: SENTELLE, Chief Judge, and ROGERS and TATEL, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed February 29, 2008, be affirmed. Nothing in appellant's complaint suggests she is pursuing a civil action either arising under federal law or between citizens of different states with an amount in controversy of more than $75,000. *See* 28 U.S.C. §§ 1331 and 1332.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.